PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
  ☐ Indictment ☐ Charges/Counts Added
  ☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
S. Fonte
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned)
Frederick Veters, Jr.

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI, Brandon Locke, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | Orleans | County

---

CASE NO. **26-146**

USA vs.

Defendant: DENISE NATALY MIGLIORE

Address: ███████████████

**SECT.P MAG.1**

☐ Interpreter Required  Dialect: _____

Birth Date 1974
☐ Male ☐ Alien (if applicable)
☑ Female

Social Security Number XXX-XX-6847

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 2 _____ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 52 U.S.C. § 20511(2)(B) | Illegally Voting in an Election | 2,4 |
| 4 | 18 U.S.C. § 1015(f) | Making False Statements in Order to Register to Vote | 1,3 |
| | | | |
| | | | |