*TO:  DOCKET CLERK*         26-146

*__MAGISTRATE CASE NUMBER__* SECT.P MAG.1

*\*If magistrate case was previously allotted to a District*

*Judge- provide DJ's name and section _____.*

*OR*

*X  NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME:  DENISE NATALY MIGLIORE*

*Initials:  nml*

If you receive this note without any initials, please return

the entire packet to criminal desk.

Thank you